JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Attorneys for United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN ISRAEL RUIZ-RODRIGUEZ,<br><br>Defendant. | Case No. 2:20-cr-00270-GMN-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Jess Marchese, counsel for defendant JONATHAN ISRAEL RUIZ-RODRIGUEZ, that the sentencing hearing currently scheduled for August 29, 2023, at the hour of 10:00 a.m., be vacated and continued to a date and at a time convenient to the Court, as soon as possible after September 5, 2023.

This Stipulation is entered into for the following reasons:

1. Counsel for the government will be unavailable on August 29, 2023, for the currently scheduled sentencing hearing.

2. The parties agree to the additional time.

1

3. The defendant is in custody and does not object to the continuance.

4. This is the first request for a continuance of the sentencing date.

Dated: August 22, 2023

                                              Respectfully submitted,

                                              JASON M. FRIERSON
United States Attorney

*/s/ Allison Reese*

ALLISON REESE
Assistant United States Attorney


*/s/ Jess Marchese*

JESS MARCHESE
Counsel for
Defendant JONATHAN ISRAEL RUIZ-RODRIGUEZ

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00270-GMN-EJY |
| Plaintiff, | **ORDER** |
| vs. | |
| JONATHAN ISRAEL RUIZ-RODRIGUEZ, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government will be unavailable on August 29, 2023, for the currently scheduled sentencing hearing.
2. The parties agree to the additional time.
3. The defendant is in custody and does not object to the continuance.
4. This is the first request for a continuance of the sentencing date.
5. For all of the above-stated reasons, the end of justice would best be served if Defendant's sentencing was rescheduled.

///

///

///

///

///

///

**ORDER**

IT IS ORDERED that the sentencing hearing currently scheduled for August 29, 2023, at the hour of 10:00 a.m., be vacated and continued to September 13, 2023, at the hour of 10:00 a.m.

DATED this 25 day of August, 2023.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE