JESS R. MARCHESE, ESQ.
Nevada Bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, Nevada 89106
(702) 385-5377 (P)
marcheselaw@msn.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN ISRAEL RUIZ-RODRIGUEZ,<br><br>Defendant. | Case No. 2:20-cr-00270-GMN-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Jess R. Marchese, counsel for defendant JONATHAN ISRAEL RUIZ-RODRIGUEZ, that the sentencing hearing currently scheduled for September 13, 2023, at the hour of 10:00 a.m., be vacated and continued to a date and at a time convenient to the Court, approximately 30 days.

This Stipulation is entered into for the following reasons:

1.    Counsel for the defense is unavailable on September 13, 2023, for the currently scheduled sentencing hearing.

2.    The parties agree to the additional time.

3.    The defendant is in custody and does not object to the continuance.

1      4.      This is the second request for a continuance of the sentencing date.

2   Dated:  September 11, 2023

3                                                        Respectfully submitted,

4                                                        /s/ Jess Marchese
                                                         _____
5                                                        JESS R. MARCHESE, ESQ.
                                                         Counsel for Defendant
6

7                                                        JASON M. FRIERSON
                                                         United States Attorney
8

9                                                        /s/ Allison Reese
                                                         _____
10                                                       ALLISON REESE
                                                         Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00270-GMN-EJY |
| Plaintiff, | **ORDER** |
| vs. | |
| JONATHAN ISRAEL RUIZ-RODRIGUEZ, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defense is unavailable on September 13, 2023, for the currently scheduled sentencing hearing.

2. The parties agree to the additional time.

3. The defendant is in custody and does not object to the continuance.

4. This is the second request for a continuance of the sentencing date.

5. For all of the above-stated reasons, the end of justice would best be served if Defendant's sentencing was rescheduled.

///

///

///

///

///

///

1

**<u>ORDER</u>**

2        IT IS ORDERED that the sentencing hearing currently scheduled for 20th day of

3  September at the hour of 10:00 a.m., be vacated and continued to October __12__, 2023, at the

4  hour of 9:00 a.m.

5        DATED this __12__ day of September 2023.

6

7        _____

8        HONORABLE GLORIA M. NAVARRO
         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

4